NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

12-1435

STATE OF LOUISIANA

VERSUS

SHELWIN MARKISE JONES

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 265,815
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Phyllis M. Keaty, and John E. Conery, Judges.

APPEAL DISMISSED.

C. Scott Maxwell
Assistant District Attorney – 9th JDC
P. O. Box 1472
Alexandria, LA  71309
(318) 473-6650
COUNSEL FOR APPELLEE:
    State of Louisiana

Beth Fontenot
Louisiana Appellate Project
P. O. Box 3183
Lake Charles, LA  70602
(337) 491-3864
COUNSEL FOR APPELLANT:
    Shelwin Markise Jones

**Pickett, Judge.**

The Defendant, Shelwin Marikise Jones, was charged by bill of information with unauthorized use of vehicle in excess of one thousand dollars, a violation of La.R.S. 14:68. On March 3, 2003, the Defendant entered a guilty plea to the charge. On that same date, the Defendant waived sentencing delays, and he was sentenced to five year at hard labor.

On November 15, 2012, the Defendant filed a motion seeking an appeal, which was granted by the trial court on November 16, 2012.

On December 27, 2012, this court issued an order for the Defendant to show cause why his appeal should not be dismissed as untimely perfected, citing La.Code Crim.P. art. 930.8 and *State v. Theard*, 04-1212 (La. 6/17/05), 904 So.2d 681. In response, the Defendant conceded that the appeal was untimely perfected and should be dismissed as untimely.

Accordingly, the Defendant's appeal is dismissed.

**APPEAL DISMISSED.**